THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ravenel
 Gomillion, Appellant.
 
 
 

Appeal From Aiken County
Benjamin H. Culbertson, Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-547
Submitted November 2, 2009  Filed
 November 20, 2009  
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R Morgan, of Aiken, for
 Respondent.
 
 
 

PER CURIAM: 
 Ravenel Gomillion appeals his guilty plea to criminal domestic violence of a
 high and aggravated nature and ten-year sentence.  Gomillion's counsel filed a
 brief, arguing the trial court erred in basing
 Gomillion's sentence upon the fact that he was on probation for a prior
 conviction without knowledge of the facts surrounding the probation sentence.  Gomillion
 filed a pro se brief reasserting counsel's briefed argument.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HEARN, C.J., Huff,
 and Geathers, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.